| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____ Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Premier Childcare, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names
FKA Hendersonville Premier Childcare

**3. Debtor's federal Employer Identification Number (EIN)**  88-3543973

**4. Debtor's address**

**Principal place of business**
1025 Beaty Blvd.
Suite 600
Gallatin, TN 37066
Number, Street, City, State & ZIP Code

Sumner
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  gallatinpremierchildcare.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __Premier Childcare, LLC_____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor __JMKA, LLC_____  Relationship _____

District _____  When __1/2/25__  Case number, if known __25-bk-36__

Debtor ____Premier Childcare, LLC_____     Case number (*if known*)_____
      Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                 ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99                ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000                  ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                  ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000           ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor   Premier Childcare, LLC  
    Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 2, 2025  
    MM / DD / YYYY

**X** /s/   Kasindra Mladenoff          Kasindra Mladenoff  
Signature of authorized representative of debtor      Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Ben Schneider        Date   January 2, 2025  
Signature of attorney for debtor       MM / DD / YYYY

Ben Schneider  
Printed name

The Law Offices of Schneider and Stone  
Firm name

8424 SKOKIE BLVD SUITE 200  
Skokie, IL 60077  
Number, Street, City, State & ZIP Code

Contact phone   (847) 933-0300     Email address   ben@windycitylawgroup.com

IL  
Bar number and State

Fill in this information to identify the case:
Debtor name: Premier Childcare, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Channel Partners Capital<br>10900 Wayzata Blvd. Suite 300<br>Minnetonka, MN 55305 | | | | $5,000.00 | $0.00 | $5,000.00 |
| Dilya Knight | | Merchant Cash Advance | | | | $43,000.00 |
| Fenix Capital Funding<br>9265 4th Ave, 2nd Fl.<br>Brooklyn, NY 11209 | | Merchant Cash Advance | Disputed | | | $43,000.00 |
| Stearns Bank<br>PO Box 327<br>Albany, MN 56307 | | | | Unknown | $0.00 | $0.00 |
| Symplifi | | Merchant Cash Advance | Disputed | | | $40,000.00 |
| The Shoppes of Hunter's Pointe<br>1909 Woodall Rodgers Freeway 3rd Fl.<br>Dallas, TX 75201 | | Deficiency | Disputed | | | $0.00 |
| Tracy Irwin<br>135 Seven Springs<br>Mount Juliet, TN 37122 | | Line of Credit | | | | $14,000.00 |

Channel Partners Capital
10900 Wayzata Blvd.
Suite 300
Minnetonka, MN 55305


Dilya Knight


Fenix Capital Funding
9265 4th Ave, 2nd Fl.
Brooklyn, NY 11209


Stearns Bank
PO Box 327
Albany, MN 56307


Symplifi


The Shoppes of Hunter's Pointe
1909 Woodall Rodgers Freeway
3rd Fl.
Dallas, TX 75201


Tracy Irwin
135 Seven Springs
Mount Juliet, TN 37122

# United States Bankruptcy Court
## Northern District of Illinois

In re: Premier Childcare, LLC
Debtor(s)

Case No.
Chapter: 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Premier Childcare, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

JMKA, LLC
180 N. York St.
Elmhurst, IL 60126

☐ None [*Check if applicable*]

| | |
|---|---|
| January 2, 2025 | /s/ Ben Schneider |
| Date | Ben Schneider |
| | Signature of Attorney or Litigant |
| | Counsel for  Premier Childcare, LLC |
| | The Law Offices of Schneider and Stone |
| | 8424 SKOKIE BLVD SUITE 200 |
| | Skokie, IL 60077 |
| | (847) 933-0300  Fax: |
| | ben@windycitylawgroup.com |